**NOTE CHANGES MADE BY THE COURT**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKTORIYA KEIOGLIAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US LLC; and DOES 1 to 50,<br><br>　　　　Defendants. | Case No.: 2:21-CV-09453-MCS-JEM<br><br>[~~PROPOSED~~] ORDER TO REMAND MATTER TO LOS ANGELES COUNTY SUPERIOR COURT (ECF No. 11)<br><br>Judge: Hon. Mark C. Scarsi |

**Order on Stipulation to Remand**

### ~~[PROPOSED]~~ ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND MATTER TO LOS ANGELES COUNTY SUPERIOR COURT, the Court finds good cause and hereby ORDERS:

This **case is remanded to the Los Angeles County Superior Court, No. 21STCV40590**. **The pending motions (ECF Nos. 8–10) are denied as moot. The Court directs the Clerk to effect the remand and close the case.**

IT IS SO ORDERED.

**DATED:** January 6, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT COURT JUDGE